**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

**No. 99-60784**

---

**CHARLES H. WILKINSON, JR., ET. AL.,**

**Plaintiffs,**

**J. E. STACK, JR.,**

**Plaintiff-Appellant,**

**versus**

**TRANSCO EXPLORATION CO., ET. AL.,**

**Defendants,**

**ATLANTIC RICHFIELD COMPANY; RICHARD BERTRAM & COMPANY;
ALBERT F. THOMASSON; BURGESS A. THOMASSON,**

**Defendants-Appellees.**

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:99-CV-204-WS
--------------------
July 12, 2000

Before POLITZ, JONES & STEWART, Circuit Judges.

PER CURIAM:[*]

This court has carefully considered Stack's appeal in light of the oral arguments, briefs and pertinent portions of the record. Having done so, we conclude that the district court did not abuse his discretion in disallowing Stack's proposed significant and substantive amendment to the now 16-year old litigation. The judgment is **AFFIRMED**.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.